### 622.  KENNEDY *v.* THE STATE.

RUSSELL, J. The verdict finding defendant guilty, being wholly without evidence to support it, was contrary to law, and a new trial should have been granted.                    *Judgment reversed.*

Indictment for assault with intent to murder, from Chatham superior court—Judge Cann. May 3, 1907.

Argued July 18,—Decided July 25, 1907.

*Twiggs & Oliver, Edgar J. Oliver, Walter C. Hartridge, Jacob Gazan,* for plaintiff in error.

*W. W. Osborne, solicitor-general,* contra.